**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CRIMINAL DOCKET NO. 5:17CR57**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **SILVER ELISE JONES,** ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon Unopposed Defendant's Motion To Continue Sentencing Hearing in this matter, which is currently scheduled for Sentencing on July 9, 2018, in the Statesville Division. For the reasons stated in the Defendant's Motion the Court finds that good cause has been shown to continue this matter.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for a continuance is **GRANTED**. Consequently, the Sentencing Hearing scheduled for July 9, 2018, sentencing term in the Statesville Division is hereby continued to the August 6, 2018, sentencing term in the Statesville Division.

Signed: June 21, 2018

Richard L. Voorhees
United States District Judge