IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:17-CR-057-RLV-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| SILVER ELISE JONES, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal" (Document No. 41) filed October 29, 2018. In accordance with the Local Rules, the Court has considered the Motion to Amend Statement of Reasons, the public's interest in access to the materials in question, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Motion to Amend Statement of Reasons contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 41) is **GRANTED**, and Defendant's "Motion To Amend Statement Of Reasons" (Document No. 40) is sealed until further Order of this Court.

**SO ORDERED**.

Signed: November 1, 2018

David C. Keesler
United States Magistrate Judge